```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A99-0479--CV (HRH)
"JOHN E. BROWN V UNISEA INC"

Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/13/99
           Closed: 02/01/01

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (710) Fair Labor Standards Act

           Origin: (2) Removed from State Court
           Demand: 50
       Filing fee: Paid $150.00 on 07/13/99 receipt # 00109564
         Trial by: Jury
```

Parties of Record:                               Counsel of Record:

```
PLF 1.1            BROWN, JOHN E.               Kenneth W. Legacki
                                                425 G Street, Suite 920
                                                Anchorage, AK 99501
                                                907-258-2422
                                                FAX 907-278-4848

DEF 1.1            UNISEA INC                   James M. Gorski
                                                Hughes Bauman et al
                                                3900 C Street, #1001
                                                Anchorage, AK 99503-5931
                                                907-263-8255
                                                FAX 907-263-8320

                                                Richard John Omata
                                                Karr Tuttle Campbell
                                                1201 3rd Avenue, Suite 2900
                                                Seattle, WA 98101
                                                206-223-1313
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A99-0479--CV (HRH)
                                "JOHN E. BROWN V UNISEA INC"

                                    For all filing dates


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
            Filed: 07/13/99
           Closed: 02/01/01

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (710) Fair Labor Standards Act

           Origin: (2) Removed from State Court
           Demand: 50
       Filing fee: Paid $150.00 on 07/13/99 receipt # 00109564
         Trial by: Jury


 Document #   Filed      Docket text
 ----------   -----      -----------
     1 -  1   07/13/99   DEF 1 Notice of Removal re: 3AN-99-5381 w/att verification & exhs.

     2 -  1   07/13/99   DEF 1 Service List.

     3 -  1   07/13/99   DEF 1 Attorney Appearance of J. Gorski [Hughes].

     4 -  1   07/15/99   HRH Minute Order to petitioner subsequent to removal re: 3AN-99-5381 CI;
                         petitioner to file State crt docs & service list w/in 10 days.  cc: cnsl

     5 -  1   07/20/99   DEF 1 Notice of compliance w/att exhs.

     6 -  1   07/20/99   DEF 1 Jury Demand.

     7 -  1   07/20/99   DEF 1 Answer and Counterclaim.

     8 -  1   08/09/99   PLF 1 Answer to Counterclaim.

     9 -  1   08/10/99   HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 21 days. cc: cnsl

    10 -  1   08/24/99   DEF 1 Application re: non-resident attorney Ricahrd J. Omata w/lcl cnsl
                         J. Gorski [HUGHES] w/att exh.

    10 -  2   08/26/99   HRH Order granting #10. cc: cnsl

    11 -  1   08/31/99   PLF 1; DEF 1 Report re:parties planning meeting.

    11 -  2   08/31/99   PLF 1; DEF 1 Statement of issues.

    12 -  1   09/07/99   HRH Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 04/28/00; Dispositive motions deadline 05/28/00; Estimate of
                         trial 5 days TBJ. cc: cnsl

    13 -  1   10/05/99   PLF 1 Witness List.

    14 -  1   01/05/00   PLF 1; DEF 1 Stipulation to extend pretrial ddlns w/proposed new ddlns;
                         final revised wit list due 3/15/00; final supplemental wit list
                         disclosing experts and reports due 3/15/00; discovery w/exception of
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A99-0479--CV (HRH)
                             "JOHN E. BROWN V UNISEA INC"

                                For all filing dates

Document #   Filed      Docket text
----------   --------   ----------------------------------------------------------
                        that pertaining to experts to be completed by 4/15/00; discovery as to
                        experts to be completed by 4/28/00.

  14 -   2   01/10/00   HRH Order GRANTING stip (14-1).  cc: cnsl

  15 -   1   03/17/00   PLF 1; DEF 1 Stipulation for extension of time to file final witness
                        list until 3/24/00.

  15 -   2   03/21/00   HRH Order approving stip. cc: cnsl

  16 -   1   03/24/00   PLF 1 Final Witness List.

  17 -   1   03/24/00   DEF 1 Final Revised Witness List.

  18 -   1   05/15/00   DEF 1 motion for summary judgment w/att declarations & exhs.

  19 -   1   05/15/00   DEF 1 motion for leave to file supplemental photographic evidence
                        (videotape) in support of #18, w/att exh.

  20 -   1   05/15/00   PLF 1 motion for rule of law to determine hourly rate of pay w/att exhs.

  21 -   1   05/15/00   PLF 1 motion for summary judgment on the issue of damages pursuant to AS
                        23.05.140 w/att memo & exhs.

  22 -   1   05/15/00   PLF 1 motion for summary judgment on the exemption issue w/att memo &
                        exhs.

  23 -   1   05/25/00   PLF 1 Affidavit (original) of John E. Brown re: PLF 1 motion for summary
                        judgment on the exemption issue  (22-1) .

  24 -   1   05/30/00   DEF 1 opposition to PLF 1 motion for rule of law to determine hourly
                        rate of pay (20-1) w/att exhs.

  25 -   1   05/30/00   DEF 1 opposition to PLF 1 motion for summary judgment on the issue of
                        damages pursuant to AS 23.05.140 (21-1)w/att exhs.

  26 -   1   05/30/00   DEF 1 opposition to PLF 1 motion for summary judgment on the exemption
                        issue  (22-1) w/att exhs.

  27 -   1   05/31/00   DEF 1 Declaration (original)of Richard J. Omata  re: PLF 1 motion for
                        rule of law to determine hourly rate of pay(20-1) w/att exhs.

  28 -   1   05/31/00   DEF 1 Declaration (original) of Richard J. Omaha re: PLF 1 motion for
                        summary judgment on the issue of damages pursuant to AS 23.05.140 (21-1)
                        w/att exhs.

  29 -   1   05/31/00   DEF 1 Declarations (original) of Richard J. Omata, Chris Plaisance &
                        Jennifer Burkhardt re: PLF 1 motion for summary judgment on the
                        exemption issue  (22-1) w/att exhs.

  30 -   1   06/02/00   Stipulation and Order that plf have until 6/9/00 to respond to def's mot
                        for sj. cc: cnsl

  31 -   1   06/09/00   PLF 1; DEF 1 Stipulation for extension of time re: plf have till 7/12/00
                        to oppose def's mot for sj (5/15/00); plf have til 7/12/00 to reply to
                        def's (5/30/00) oppo to plf mot for sj re: statue of limitations; plf's
                        mot for sj re: exempt status; plft's mot re: hourly rate of pay; def
                        have till 8/9/00 to reply to plf's 7/12/00 opp to def's 5/15/00 mot for
                        sj.

ACRS: R_VDSDX              As of 02/07/06 at 1:32 PM by NON-NET                    Page 2
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A99-0479--CV (HRH)
                           "JOHN E. BROWN V UNISEA INC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 2 | 06/12/00 | Order granting stip. cc: cnsl |
| 32 - 1 | 06/12/00 | HRH Order granting def's motion for leave to file supplemental photographic evidence (videotape) (19-1). cc: cnsl |
| 33 - 1 | 06/21/00 | DEF 1 Supplemental photographic evidence (videotape) re: DEF 1 motion for summary judgment (18-1) w/att aff & exh. (no video was provided) |
| 34 - 1 | 07/12/00 | PLF 1 reply to opposition to PLF 1 motion for summary judgment on the issue of damages pursuant to AS 23.05.140 (21-1) . |
| 35 - 1 | 07/12/00 | PLF 1 opposition to DEF 1 motion for summary judgment (18-1) w/att exhs. |
| 35 - 2 | 07/12/00 | PLF 1 reply to opposition to PLF 1 motion for summary judgment on the exemption issue (22-1) w/att exhs. |
| 36 - 1 | 07/12/00 | PLF 1 reply to opposition to PLF 1 motion for rule of law to determine hourly rate of pay (20-1) w/att exhs. |
| 37 - 1 | 07/25/00 | PLF 1 original affidavit of John Brown re: DEF 1 motion for summary judgment (18-1); PLF 1 motion for rule of law to determine hourly rate of pay (20-1); PLF 1 motion for summary judgment on the exemption issue (22-1). |
| 38 - 1 | 08/08/00 | Stipulation and Order that def have until 8/16/00 to file rply to plf oppo to its mot for sj. cc: cnsl |
| 39 - 1 | 08/16/00 | DEF 1 reply to opposition to DEF 1 motion for summary judgment (18-1) w/att exhs. |
| 40 - 1 | 08/18/00 | DEF 1 Request for Oral Argument re: DEF 1 motion for summary judgment (18-1) . |
| 41 - 1 | 08/18/00 | PLF 1 Request for Oral Argument re: DEF 1 motion for summary judgment (18-1) . |
| 42 - 1 | 08/18/00 | DEF 1 Affidavit (notice of filing original) of J. Burkhardt in support of def's reply brief re: DEF 1 motion for summary judgment(18-1). |
| 43 - 1 | 08/23/00 | DEF 1 motion for permission to file over-length brief. |
| 44 - 1 | 08/30/00 | DEF 1 Affidavit (notice of filing original) Terry Shaff in support of reply brief re: PLF 1 motion for summary judgment on the exemption issue (22-1). |
| 45 - 1 | 09/18/00 | HRH Order granting motion for permission to file over-length brief (43-1). cc: cnsl |
| 46 - 1 | 10/17/00 | HRH Minute Order setting o/a on mots at dkts 18, 20, 21 and 22 for 11/30/00 at 8:30 a.m.. cc: cnsl |
| 47 - 1 | 11/07/00 | DEF 1 Supplemental authority re: DEF 1 motion for summary judgment (18-1), DEF 1's response to PLF 1 motion for summary judgment on the exemption issue (22-1). |
| 48 - 1 | 11/29/00 | PLF 1 Supplemental authority re: oppo to DEF 1 motion for summary judgment (18-1), PLF 1 motion for summary judgment on the exemption issue (22-1) & reply to def's oppo to plf's mot for sj on the exemption |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A99-0479--CV (HRH)
                            "JOHN E. BROWN V UNISEA INC"
```

|  | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
|  |  | issue w/att exhs. |
| 49 - 1 | 12/01/00 | HRH Court Minutes [ECR: Linda Christensen] o/a held 11/30 on #18,21,20,22; under advisement, court to issue decision. |
| 50 - 1 | 02/01/01 | HRH Order denying plf's motion for summary judgment on the exemption issue (22-1); granting def's motion for summary judgment (18-1); terminating in light of this order: motion for rule of law to determine hourly rate of pay (20-1), motion for summary judgment on the issue of damages pursuant to AS 23.05.140 (21-1) as moot. cc: cnsl |
| 51 - 1 | 02/01/01 | HRH Judgment that plf's complaint is dismissed with prejudice. cc: cnsl, O&J 11031, redistributed w/costs |
| 52 - 1 | 02/12/01 | DEF 1 Bill of Costs w/att exhs. |
| 53 - 1 | 02/13/01 | DEF 1 Notice of cost bill hrg set for 2/16/01 at 9am. |
| 54 - 1 | 02/16/01 | Clerk's Notice re: taxation of def's cost bill for the defendant and against the plf in $1,500.45. cc: cnsl |
| 55 - 1 | 03/02/01 | PLF 1 appeal to 9CCA of (50-1) filed 02/01/01, (51-1) filed 02/01/01. cc:cnsl, Judge Holland, 9CCA. |
| 56 - 1 | 03/02/01 | PLF 1 Transcript Designation/Order Form re: notice of appeal no transcripts ordered (55-1). |
| NOTE - 1 | 03/05/01 | Transmittal: Forwarded notice of appeal (55-1) to 9CCA w/Representation Statement and CAD. |
| 57 - 1 | 03/05/01 | Cy 9CCA Certificate of Record. (55-1) cc: cnsl, Judge Holland, 9CCA (orginal) |
| 58 - 1 | 03/06/01 | DEF 1 Transcript Designation (Notice) re: notice of appeal (55-1) requesting that appellant order transcript of o/a (11/10/00). cc: ecr |
| 59 - 1 | 03/07/01 | Clerk's notice that certificate of record was issued prematurely. cc: cnsl, Judge Holland, 9CCA. |
| 60 - 1 | 04/02/01 | Cy 9CCA Time Schedule Order. (55-1) Appellants opening brief & excerpts due by 4/18/01, Appellee shall file & serve by 5/18/02, optional appellant reply brief due w/in 14 days of service of appellee brief. cc:cnsl,Judge Holland. |
| 61 - 1 | 04/16/01 | Cy 9CCA Certificate of Record. (55-1) cc: cnsl, Judge Holland, 9CAA. |
| 62 - 1 | 04/16/01 | Transcript (proceeding) re: notice of appeal (55-1) Tanscripts rec'd 4/16/01<br>11/30/00 hrg before Judge H. Russel Holand. |
| 63 - 1 | 06/13/01 | 9CCA Judgment/Final Order re: notice of appeal (55-1) that appeal is dismissed; parties shall bear their own costs on appeal; this order shall serve as mandate of this court. cc: cnsl, Judge Holland |